438 A.2d 651

Commonwealth v. Phillips, Appellant.
Petition for Allowance of Appeal Denied March 8, 1982.

Submitted
February 4, 1981.  Vincent P. DiFabio, for appellant;  Gaele
McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.

438 A.2d 651

Commonwealth v. Randall, Appellant.

Submitted
February 3, 1981.  Thomas G. Klingensmith, Assistant Public Defender, for appellant;  Michael H. Ranck, District
Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.